1
2
3
4
UNITED STATES DISTRICT COURT
5
DISTRICT OF NEVADA
6
* * *
7
ELVIRA   VIRDIANA   GONZALEZ-
RODRIGUEZ,                                         Case No. 2:15-cv-00152-JCM-PAL
8
                                                              ORDER
                              Plaintiff,
9
        v.
10
MARIANA'S ENTERPRISES, et al.,
11
                              Defendants.
12
13      The undersigned entered an Order (ECF No. 42) on July 14, 2016, granting in part and

14 denying in part the parties' Joint Motion to Approve Settlement. No objections were filed and the

15 time for filing objections has now run.  Accordingly,

16      **IT IS ORDERED** that the parties shall have until **September 9, 2016** to file a stipulation

17 to dismiss with prejudice or a joint status report indicating when the stipulation to dismiss will be

18 filed.

19      DATED this 26th day of August, 2016.

20
21
                                    _____
22                                  PEGGY A. LEEN
                                    UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

1